UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLINE KOSH,

Plaintiff,

-v-

BRIAN MICHAEL QUINN, *et al.*,

Defendants.

25-CV-4603 (JPO)

ORDER ADOPTING REPORT AND
RECOMMENDATION

J. PAUL OETKEN, District Judge:

On May 23, 2025, Plaintiff Caroline Kosh, proceeding *pro se*, brought suit against

Defendants Brian Michael Quinn and Salvatore E.A. Vulcano, alleging that Defendants

scammed Kosh out of hundreds of thousands of dollars.  (ECF No. 1.)  On June 5, 2025, the case

was referred to Magistrate Judge Robyn F. Tarnofsky.  (ECF No. 3.)  On July 8, 2025, Judge

Tarnofsky issued a Report and Recommendation ("R&R") recommending that the Court order

Kosh to submit an amended complaint (ECF No. 6), which the Court adopted on July 30, 2025

(ECF No. 7).  Kosh filed an amended complaint on August 22, 2025 (ECF No. 8), which

Defendants moved to dismiss on October 29, 2025 (ECF No. 13).  On December 19, 2025, after

holding a conference on the motion to dismiss, Judge Tarnofsky issued an R&R recommending

that the Court transfer the case to the United States District Court for the Eastern District of New

York, where venue is proper.  (ECF No. 15.)  Objections to that R&R were due by January 2,

2026, and no objections were filed.

Because no party filed a timely objection to the R&R, the Court reviews the R&R for

clear error.  *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely

objection is filed, the court need only satisfy itself that there is no clear error on the face of the

record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77

1

(2d Cir. 2008) (summary order).  Having done so, the Court determines that Judge Tarnofsky's well-reasoned R&R presents no errors, clear or otherwise, and therefore fully adopts it.

Accordingly, the Court hereby transfers this case to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1406(a).  *See United States ex rel. Donohue v. Carranza*, 585 F. Supp. 3d 383, 388 (S.D.N.Y. 2022) ("The district court may exercise the discretion to transfer a case even if a defendant has not requested transfer."); *SongByrd, Inc. v. Est. of Grossman*, 206 F.3d 172, 179 n.9 (2d Cir. 2000) ("[T]he Supreme Court . . . made clear that a district court lacking . . . proper venue could transfer [sua sponte] under section 1406(a).").

The Clerk of Court is directed to transfer this case to the United States District Court for the Eastern District of New York immediately.  The seven-day waiting period provided in Local Rule 83.1 is waived.

SO ORDERED.

Dated: March 23, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

2